**719-555**
Mr. Dominguez

DSS Check Sheet
USE A SHARPIE!!

DSS Date: 09/27/2016

**Client Contact Information - Confirm and Correct the Following:**

- [✓] Spelling of the Clients name
- [✓] Address & Mailing Address
- [ ] (If Mailing Address is different than Street Address, enter it into Ctrl-L screen)
- [✓] County (to correct, you must change zip code)
- [✓] Email Address
- [✓] All Phone Numbers & Best Time         [✓] Emergeny Contact Entered?
- [✓] Confirm that the SS in GapC is Correct and/or Entered

DSS Rep's Initials



